UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JACOB LEE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-2337** |
| **KEITH BICKHAM** | **SECTION "L"(4)** |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff Jacob Lee's 42 U.S.C. § 1983 complaint against defendant Deputy Warden Keith Bickham is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e) and § 1915A as frivolous and otherwise for failure to state a claim for which relief can be granted.

New Orleans, Louisiana, this  9th  day of  December , 2024.

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**